UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

CHURCH JOINT VENTURE,
a limited partnership,

     Plaintiff,

vs.


EARL BENARD BLASINGAME, ET AL.,

     Defendants.

JUDGMENT IN A CIVIL CASE


CASE NO: 18-1118-STA-jay

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Agreed Motion To Dismiss, Order of Dismissal with Prejudice, and Order Denying Defendant's Motion To Dismiss as Moot entered on July 5, 2019, this cause is hereby DISMISSED with prejudice.




                  APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 7/8/2019             THOMAS M. GOULD
                      Clerk of Court


                        s/Maurice B. BRYSON

                    (By)  Deputy Clerk